

**IT IS ORDERED as set forth below:**

**Date: January 6, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-71810-BEM |
| | : | |
| BRITTNY ROBINSON, | : | |
| | : | CHAPTER 7 |
| DEBTOR. | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE | : | |
| FOR REGION 21, | : | |
| | : | |
| MOVANT. | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| BRITTNY ROBINSON, | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S OBJECTION TO THE
DISCHARGE OF DEBTOR BRITTNY ROBINSON**

On January 5, 2021, the above-referenced chapter 7 case came before the Court for hearing on the United States Trustee's Motion Objecting to Discharge of Debtor Brittny Robinson pursuant to Section 727(a)(8) (the "Motion") [Docket No. 13]. As stated in the

Motion, the United States Trustee contends that cause exists for the denial of the debtor's discharge pursuant to Section 727(a)(8). At the call of the calendar Vanessa A. Leo appeared on behalf of the United States Trustee and there was no opposition to the Motion.

On November 17, 2020, Brittny Robinson (the "Respondent"), filed the instant voluntary petition under chapter 7 of the Bankruptcy Code (the "2020 Case"). Records maintained by the Clerk of Court for the Northern District of Georgia indicate that Brittny Robinson filed a voluntary chapter 7 petition August 29, 2013, with Case No. 13-68865-WLH (the "2013 Case"). On or about December 18, 2013, Respondent received a chapter 7 discharge in the 2013 Case.

Section 727(a)(8) provides that the Court shall grant a debtor a discharge, unless a debtor has been granted a chapter 7 discharge in a case commenced within eight years before the date of the filing of the petition. Having received a chapter 7 discharge in the 2013 Case (filed August 29, 2013), 11 U.S.C. § 727(a)(8) prohibits Respondent from receiving a chapter 7 discharge in the 2020 Case as it was filed fewer than eight years after the 2013 Case.

The matter having come before the Court, after reviewing the record in the case, finds cause to grant the relief as requested by the United States Trustee. Accordingly, it is

**ORDERED** that pursuant to 11 U.S.C. § 727(a)(8) the debtor Brittny Robinson is not entitled to a discharge in case number 20-71810-BEM.

[ END OF DOCUMENT]

Prepared and submitted by:
             */s/*
Vanessa A. Leo, GBN 410598
Trial Attorney
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Vanessa.A.Leo@usdoj.gov

## DISTRIBUTION LIST

Brittny Robinson
3920 Augustine Place
Rex, GA 30273

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303